AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabb, Barbara B. | U.S. District Court, W.D. Wisconsin | 08/29/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge--Senior | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

120 North Henry Street, Suite 540
Madison, WI 53703

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Factor-Mervis charitable foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Crabb, Barbara B. | 08/29/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2011 | Wisconsin Department of Employee Trust Funds |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Barclays Bank PLC Commodity IPath (DJP) | | None | | | Sold (part) | 02/22/11 | J | A | |
| 2. | | | | | Sold (part) | 03/31/11 | J | A | |
| 3. | | | | | Sold (part) | 04/20/11 | J | A | |
| 4. | | | | | Sold (part) | 09/01/11 | J | A | |
| 5. | | | | | Sold | 10/07/11 | L | D | |
| 6. i shares Barclays treas (TIP) | A | Dividend | J | T | Buy (add'l) | 03/31/11 | J | | |
| 7. | | | | | Buy (add'l) | 04/20/11 | J | | |
| 8. | | | | | Sold (part) | 09/01/11 | J | A | |
| 9. | | | | | Sold (part) | 10/18/11 | J | A | |
| 10. i shares Iboxx Investop (LQD) | A | Dividend | J | T | Sold (part) | 12/22/11 | J | A | |
| 11. | | | | | Sold (part) | 01/19/11 | J | A | |
| 12. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 13. | | | | | Buy (add'l) | 04/20/11 | J | | |
| 14. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 15. i shares J.P. Morgan Emerging (EMB) * | A | Dividend | J | T | Sold (part) | 09/01/11 | J | A | |
| 16. (*see explanation in Part VIII) | | | | | Sold (part) | 12/14/11 | J | A | |
| 17. | | | | | Buy | 03/31/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 04/20/11 | J | | |
| 19. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 20. i shares MSCI Canada (EWC) | | None | | | Sold (part) | 02/22/11 | J | A | |
| 21. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 22. | | | | | Sold | 04/20/11 | L | E | |
| 23. i shares MSCI Japan (EWJ) | | None | | | Sold | 01/27/11 | L | D | |
| 24. i shares MSCI Pacific X-Japan (EPP) | | None | | | Sold (part) | 03/31/11 | J | A | |
| 25. | | | | | Sold | 04/20/11 | L | E | |
| 26. i shares MSCI UK (EWU) | | None | | | Sold (part) | 02/22/11 | J | A | |
| 27. | | | | | Sold | 03/31/11 | K | D | |
| 28. i shares Russell 1000 Growth (IWF) | C | Dividend | N | T | Sold (part) | 02/22/11 | J | B | |
| 29. | | | | | Sold (part) | 09/01/11 | J | B | |
| 30. | | | | | Sold (part) | 10/18/11 | J | B | |
| 31. | | | | | Sold (part) | 12/14/11 | J | A | |
| 32. | | | | | Buy (add'l) | 03/31/11 | K | | |
| 33. | | | | | Buy (add'l) | 04/20/11 | L | | |
| 34. | | | | | Buy (add'l) | 09/01/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   i shares Russell 1000 Value (IWD) | C | Dividend | M | T | Sold (part) | 02/22/11 | J | A | |
| 36. | | | | | Sold (part) | 03/31/11 | J | A | |
| 37. | | | | | Sold (part) | 10/18/11 | J | A | |
| 38. | | | | | Sold (part) | 12/14/11 | J | A | |
| 39. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 40. | | | | | Buy (add'l) | 04/20/11 | L | | |
| 41. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 42.   i shares Russell Midcap Growth (IWP) | A | Dividend | K | T | Sold (part) | 02/22/11 | J | A | |
| 43. | | | | | Sold (part) | 10/18/11 | J | A | |
| 44. | | | | | Sold (part) | 12/14/11 | J | A | |
| 45. | | | | | Buy (add'l) | 03/31/11 | K | | |
| 46. | | | | | Buy (add'l) | 04/20/11 | J | | |
| 47.   i shares Russell Midcap Value (IWS) | A | Dividend | K | T | Sold (part) | 02/22/11 | J | A | |
| 48. | | | | | Sold (part) | 03/31/11 | J | A | |
| 49. | | | | | Sold (part) | 12/14/11 | J | A | |
| 50. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 51. | | | | | Buy (add'l) | 04/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 53. i shares Russell 2000 growth (IWO) | A | Dividend | K | T | Sold (part) | 02/22/11 | J | A | |
| 54. | | | | | Sold (part) | 12/14/11 | J | A | |
| 55. | | | | | Buy (add'l) | 04/20/11 | J | | |
| 56. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 57. i shares Russell 2000 Value (IWN) | A | Dividend | K | T | Sold (part) | 02/22/11 | J | A | |
| 58. | | | | | Sold (part) | 03/31/11 | J | A | |
| 59. | | | | | Sold (part) | 12/14/11 | J | A | |
| 60. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 61. | | | | | Buy (add'l) | 04/20/11 | J | | |
| 62. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 63. i shares Trust Iboxx High Yield Corp. Bond Fund (HYG) | A | Dividend | J | T | Sold (part) | 10/18/11 | J | A | |
| 64. | | | | | Sold (part) | 12/14/11 | J | A | |
| 65. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 66. | | | | | Buy (add'l) | 04/20/11 | J | | |
| 67. Medtronic | A | Dividend | J | T | | | | | |
| 68. Puerto Rico Commonwealth Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR S&P Small Cap ETF (GWX) | B | Dividend | L | T | Sold (part) | 02/22/11 | J | A | |
| 70. | | | | | Sold (part) | 03/31/11 | J | A | |
| 71. | | | | | Sold (part) | 10/18/11 | J | A | |
| 72. | | | | | Sold (part) | 12/14/11 | J | A | |
| 73. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 74. | | | | | Buy (add'l) | 04/20/11 | J | | |
| 75. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 76. Vanguard Int'l Equity Fund European (VGK) | | None | | | Buy | 02/22/11 | J | | |
| 77. | | | | | Sold | 03/31/11 | L | A | |
| 78. Vanguad REIT ETF (VNQ) | B | Dividend | | | Sold (part) | 04/20/11 | J | A | |
| 79. | | | | | Sold (part) | 09/01/11 | J | A | |
| 80. | | | | | Sold | 10/07/11 | L | D | |
| 81. Cisco | A | Dividend | J | T | | | | | |
| 82. Dreyfus Liquid Assets (temp cash) | | None | J | T | | | | | |
| 83. Vanguard Municipal Fund | A | Dividend | K | T | | | | | |
| 84. Equitable Life Assurance Annuity | | None | L | T | | | | | |
| 85. GE Capital | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Edvest Vanguard Balanced Portfolio ** | | None | K | T | | | | | |
| 87. Wisdom Tree Emerging Mkts. (DEM) | B | Dividend | L | T | Sold (part) | 03/31/11 | J | A | |
| 88. | | | | | Sold (part) | 04/20/11 | J | A | |
| 89. | | | | | Sold (part) | 12/14/11 | J | A | |
| 90. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 91. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 92. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 93. Vanguard MSCI Emerging Markets (VWO) | C | Dividend | M | T | Sold (part) | 02/22/11 | J | A | |
| 94. | | | | | Sold (part) | 03/31/11 | J | A | |
| 95. | | | | | Sold (part) | 04/20/11 | J | A | |
| 96. | | | | | Sold (part) | 10/18/11 | J | A | |
| 97. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 98. i shares Gold Trust (IAU) | | None | L | T | Sold (part) | 04/20/11 | J | A | |
| 99. | | | | | Sold (part) | 09/01/11 | K | D | |
| 100. | | | | | Sold (part) | 12/14/11 | J | A | |
| 101. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 102. | | | | | Buy (add'l) | 03/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 104. i shares Barclay U.S. Aggr. Bond (AGG) | A | Dividend | J | T | Buy | 10/18/11 | J | | |
| 105. i shares MSCI Germany Index Fund (EWG) | B | Dividend | | | Buy | 03/31/11 | L | | |
| 106. | | | | | Sold (part) | 04/20/11 | J | A | |
| 107. | | | | | Sold | 09/01/11 | L | | |
| 108. i shares Barclays 1-3 year Treasury Bond Fund (SHY) | A | Dividend | J | T | Buy | 10/18/11 | J | | |
| 109. | | | | | Sold (part) | 12/14/11 | J | A | |
| 110. Wisdom Tree Emerging Mkts. Small Cap (DGS) | B | Dividend | K | T | Buy | 03/31/11 | K | | |
| 111. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 112. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 113. | | | | | Sold (part) | 04/20/11 | J | A | |
| 114. | | | | | Sold (part) | 12/14/11 | J | A | |
| 115. Bank Deposit Program-Citibank | A | Interest | M | T | | | | | |
| 116. Wisdom Tree - Japan (DXJ) | A | Dividend | L | T | Buy | 09/01/11 | L | | |
| 117. | | | | | Sold (part) | 10/18/11 | J | A | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 08/29/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*In the 2010 report, the symbol for i\shares J.P. Morgan Emergency Markets was shown incorrectly as EMD. It is EMB.

** Edvest Vanguard Balanced Portfolio is a state-sponsored 529 college savings plan administered by the College Savings Program Board and the State of Wisconsin (no control).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barbara B. Crabb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544